[No. 27924-6-I. Division One. March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY
JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-1-01078-8, James H. Allendoerfer,

J., entered February 4, 1991. *Dismissed* by unpublished per curiam opinion.